EDWARD G. BYRNES, Respondent, *v.* WILLIAM D. PALMER et al., as Executors of ARTHUR T. HOFFMAN, Deceased, Appellants.

*Byrnes* v. *Palmer*, 18 App. Div. 1, affirmed.
(Submitted October 11, 1899; decided October 27, 1899.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered

May 14, 1897, affirming an order of Special Term granting a new trial on a case and exceptions.

*J. A. Young* for appellants.

*Albert G. McDonald* for respondent.

Order affirmed and judgment absolute ordered for plaintiff on the stipulation, with costs, on opinion below.

All concur (MARTIN and VANN, JJ., in result).